AO 257 (Rev. 6/78)

**CR 10 0566**

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☐ SUPERSEDING

--- OFFENSE CHARGED ---

Title 8 U.S.C., Section 1326 - Illegal Re-entry (Class C Felony)

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Maximum Prison Term of 20 Years;
Maximum Fine of $250,000;
Maximum Term of Supervised Release of 3 years;
Mandatory Special Assessment of $100;
Deportation.

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

--- DEFENDANT - U.S ---
▶ JOSE EFRAIN ELVIR-SEVILLA

DISTRICT COURT NUMBER

WHA

--- PROCEEDING ---

Name of Complaintant Agency, or Person (& Title, if any)
U.S. Immigration and Customs Enforcement

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form  JOSEPH P. RUSSONIELLO
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)  Patricia Spaletta

--- DEFENDANT ---

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge

5) ☐ On another conviction  } ☐ Federal  ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer  ☐ Yes  } If "Yes" give date filed
been filed?  ☐ No

DATE OF ARREST ▶  Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶  Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

--- ADDITIONAL INFORMATION OR COMMENTS ---

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT    Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time:                          Before Judge:

Comments:

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

FILED
2010 JUL 22 P 3: 25
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

UNITED STATES OF AMERICA,

V.

CR 10 0566

JOSE EFRAIN ELVIR-SEVILLA,
a/k/a Julio Vanegas,
a/k/a Antonio Venega-Sabilla,
a/k/a Justa Ramira

WHA

DEFENDANT(S).

---

## INDICTMENT

8 U.S.C. § 1326 - Reentry of Removed Alien

---

A true bill.

_____
Foreman

Filed in open court this __22 nd__ day of
__August, 2010__.

**Brenda Tolbert**
Clerk

Bail, $ _no bail arrest warrant_

HON. NANDOR VADAS

JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CR 10 0566 WHA

| UNITED STATES OF AMERICA, | ) | Criminal No.: |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | VIOLATION: Title 8, United States Code, Section 1326 – Reentry of Removed Alien |
| JOSE EFRAIN ELVIR-SEVILLA, a/k/a Julio Vanegas, a/k/a Antonio Venega-Sabilla, a/k/a Justa Ramira, | ) | SAN FRANCISCO VENUE |
| Defendant. | ) | |

## INDICTMENT

The Grand Jury charges:

On or about November 7, 2001, March 30, 2007, and November 19, 2009, the defendant,

JOSE EFRAIN ELVIR-SEVILLA,
a/k/a Julio Venegas,
a/k/a Antonio Venega-Sabilla,
a/k/a Justa Ramira,

an alien, was excluded, deported and removed from the United States, and thereafter, on or about June 11, 2010, was found in the Northern District of California, the Attorney General of the United States and the Secretary for Homeland Security not having expressly consented to a re-application by the defendant for admission into the United States.

INDICTMENT

All in violation of Title 8, United States Code, Section 1326.

DATED:                                    A TRUE BILL.

                                          /s/
                                          FOREPERSON

JOSEPH P. RUSSONIELLO
United States Attorney

/s/ for
GREGG LOWDER
Chief, Major Crimes Section

(Approved as to form: /s/ )
PATRICIA SPALETTA
Special Assistant United States Attorney

INDICTMENT                                2